EDWARD P. R. RYAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM B. MAY, JR., Respondent, v. CHARLES NESSLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DANIEL SPIEGEL, Respondent, v. SAMUEL D. JACOBS, Appellant, Impleaded with Another.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Martin, JJ., dissent upon the ground that the plaintiff failed to prove any negligence on the part of the defendant.

ESTHER A. VAIL, Respondent, v. KATE CARLYLE VAIL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARNOLD L. SCHEUER and JESSE MAYER, Copartners, etc., Appellants, v. LESLIE MORRIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. The date for the examination to proceed to be fixed in the order. Settle order on·notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of ALEXANDER & REID COMPANY and Others Relative to the Action of IRVING TRUST COMPANY, as Corporate Trustee and Another, v. LIBBY HOTEL CORPORATION and Others. LIBBY HOTEL CORPORATION and Others, Appellants.— Motion for leave to appeal granted; motion for reargument denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Petition of ALEXANDER & REID COMPANY and Others Relative to the Action of IRVING TRUST COMPANY, as Corporate Trustee and Another v. LIBBY HOTEL CORPORATION and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SIDNEY W. SALMON (Formerly Known as SIDNEY W. SOLOMON), an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of MARK HENRY SCHNEIDER, an Attorney.— Respondent may serve and file a memorandum on or before November 24, 1931, with leave to the petitioner to submit and serve reply memorandum on or before December 10, 1931. The matter will then be disposed of on the merits. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of HARRY A. VOGELSTEIN, an Attorney.— Respondent may serve and file a memorandum on or before November 24, 1931, and serve and file in affidavit form within the same time the depositions of the witnesses referred to in his affidavit, with leave to the petitioner to submit and serve memorandum in reply on or before December 9, 1931. The matter will then be disposed of on the merits. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. NELSON.— Motion granted and appellant's time to file the record on appeal and appellant's points extended to and including the 16th day of November, 1931, with notice of argu-

* Affd., 258 N. Y. 625.